**Melvin ADAMS, Plaintiff–Appellant,**

v.

**UNITED STATES of America,
Defendant–Appellee.**

**No. 03–6437.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 20, 2003.

Melvin Adams, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Melvin Adams seeks to appeal his conviction and sentence. In criminal cases, the defendant must file his notice of appeal within ten days of the entry of judgment. Fed. R.App. P. 4(b)(1)(A). For thirty days thereafter, the district court may grant an extension of time to file a notice of appeal upon a showing of excusable neglect or good cause. Fed. R.App. P. 4(b)(4); *United ed States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered its judgment on March 8, 1994. Thus, Adams' notice of appeal, filed on August 29, 2002,* is un-

---

* Giving Adams the most liberal interpretation of *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), August 29, 2002, is the earliest date his notice of appeal could have been filed.

timely, and we dismiss the appeal on that basis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*